UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN LEE REED**                                                                                                  **PLAINTIFF**
**ADC #163636**

V.                                        No. 4:23-CV-00584-JM

**JAMES SHIPMAN,**
Warden, Tucker Max, ADC, *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore and the objections.[1] After carefully considering these documents and making a *de novo* review of the record in this case, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  The Amended Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2.  The Court recommends that dismissal of this action be considered a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

3.  It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 4th day of December, 2023.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Mr. Reed's retaliation allegation was mistakenly read as a claim based upon his sex "change" and not his sex "charge." Regardless, the analysis is the same.